UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-mj-8047-WM

UNITED STATES OF AMERICA,

vs.

CARLOS VELASQUEZ-VELASQUEZ,

    Defendant.
_____/

FILED BY **SW** D.C.
Jan 22, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No**

Respectfully submitted,

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

By: *[signature]*
MARTON GYIRES
ASSISTANT U.S. ATTORNEY
Court ID No.: A5501696
Southern District of Florida
500 South Australian Avenue, 4thFloor
West Palm Beach, FL 33401
Email: Marton.Gyires@usdoj.gov
Phone: 561-820-8711

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  26-mj-8047-WM |
| CARLOS VELASQUEZ-VELASQUEZ, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY ____SW____ D.C.
Jan 22, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 21, 2026  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) | Previously removed alien found in the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, ICE Deportation Officer
*Printed name and title*

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Date:  January 22, 2026

_____
*Judge's signature*

City and state:  West Palm Beach, FL         William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# LUIS CAMACHO
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos VELASQUEZ-VELASQUEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 21, 2026, Carlos VELASQUEZ-VELASQUEZ was arrested in Palm Beach County, Florida on charges of burglary of an unoccupied conveyance, trespass property, criminal mischief, disorderly intoxication, and resisting officer without violence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Carlos VELASQUEZ-VELASQUEZ is a native and citizen of Guatemala. Records further show that on or about April 1, 2019, Carlos VELASQUEZ-VELASQUEZ was ordered removed from the United States. The Order of Removal was executed on or about April 5, 2019, whereby Carlos VELASQUEZ-VELASQUEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Carlos VELASQUEZ-VELASQUEZ re-entered into the United States illegally and was removed and returned to Guatemala on or about May 29, 2019.

6. Carlos VELASQUEZ-VELASQUEZ's fingerprints taken in connection with his January 21, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Carlos VELASQUEZ-VELASQUEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Carlos VELASQUEZ-VELASQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Carlos VELASQUEZ-VELASQUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 21, 2026, Carlos VELASQUEZ-VELASQUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __22nd__ day of January 2026.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   CARLOS  VELASQUEZ-VELASQUEZ

**Case No**:  26-mj-8047-WM

Count #: 1

Previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.